BRADFORD APPLEGATE, Appellant, v STATE OF NEW YORK, Respondent.

Decided February 18, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of MARGARET L. DONOVAN, Appellant, v WARREN P. HAUBEN, Chief Administrative Law Judge of the New York City Tax Appeals Tribunal, Respondent.

Submitted January 6, 2014; decided February 18, 2014

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 22 NY3d 855 (2013)].

ELECTRICAL WASTE RECYCLING GROUP, LIMITED, Respondent, v ANDELA TOOL & MACHINE, INC., Formerly Known as ANDELA PRODUCTS, LTD., Appellant.

Submitted December 23, 2013; decided February 18, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.